## SUPPLEMENTAL MEMORANDUM OF UNDERSTANDING for FOURTH CLAIM OF REASONABLE COSTS

**GETER vs. THE CITY OF WASHINGTON DC**     *AFFIDAVIT*
                                              *Civil Action # 081119 JR*

State of _WASHINGTON DC_

County of _DISTRICT OF COLUM_ ss:

BEFORE ME, the undersigned authority, on this day personally appeared ___HENRY W GETER II___ ~ Plaintiff, who standing as Tenant of the Cloisters, Washington DC Apt. A-11; held to the reference source : *Civil Action No: 081119 JR* ; prepared as a Pro Se Litigant within... The United States District Court for the District of Columbia, being sworn, deposes and says that this material / documentation, is place in response to the Complaint filed June 30th, 2008, and govern the Fourth Claim For Relief.

a) The Current Matter's upon Plaintiff's Action are now filed: *IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA* ~ *Complaint held to the Violation of the Civil Rights Act of 1968.*

b) **The defined elements of HUD's Title VIII Fair Housing Complaint Process:** *i.e. Intake, Filing, Investigation, Conciliations, No Cause Determination, Cause Determination and Charge, Hearing in a U.S. District Court, and or in Hearing before a HUD ALJ;* under review by the Government of the District of Columbia Office of Human Rights (ORH); is NOW! in suit against the City of Washington DC [ *Civil Action No. 081119 JR* ]

c) The essential of the Plaintiff filing ... HUD Case No. 03-07-0283-8; OHR Case No. 07-176-H, are as follows:

   * plaintiff is disable
   * plaintiff receives SSDI disability payments
   * disability payments issued thereto the second Wednesday of Month
   * copy of payment was submitted to Residential Manager 10/20/03
   * letter submitted to Ms. Connie Fletcher asking for Reasonable Accommodation... for adjustment of rent, to payment receiving date
   * Notice to Cure ...received on February 16th, 2007 from Ms. Veda S. Brinkley

Pg 1

**RECEIVED**
AUG - 4 2008
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

      * second request for reasonable accommodation now submitted
to Ms. Brinkley on February 22nd, 2007
* thirty (30) days time limit given to the request
* respondents refused the request via *absent of their communication in a timely manner ( being silent )*
* Plaintiff files Complaint due to this *inaction* with the HUD via the Internet ... alleging ~ *Discrimination*
* filing is held to the *continuing practices of the respondents actions*

d) The Investigating Officer - Fact Finder has establish unto a held *Fact Finding Conference*, in his or her review of *r*elevant documents ... that the line items of - *c*) as mentioned hereto the above, is in full verification by **OHR**.

e) The Defendant's City of Washington DC; *D*irector Gustavo F. Velasquez *i*nactions violated the civil rights of the Plaintiff, as granted by Federal Law. *N*OW being sued.

...

*I*n preparing the *legal documentation* to support his *r*ecent filing... Plaintiff has establish that a *legal cost* $ 465.00 *p*er hour will be assigned to the *research and data review time, is fixed to a ' hourly rate' ... limited to 7.5 hours per day ( inclusive of Saturday and Sunday )*.
[ *C*ost Summary... $ 465.00 x 7.5 hrs = $ *3*,487.50 *per day* ] *S*tarting date: *J*une 30th, 200*7*.

Dated this ____4th____ day of ____AUG____, 200*8*

FURTHER AFFIANT SAYETH NOT.

Signed, sealed and delivered in the presence of:   Witness _Ann Wilkins_ (Print)

Witness _(signature)_

**Affiant's Name** ___Henry W Geter II___
**Affiant's Signature** ___Henry W Geter___

Sworn to and described before me this __4__ day of ___August___, 200*8*

**NOTARY PUBLIC**
**STATE OF** ___Washington, DC___
**My commission Expires** ___April 30, 2013___

(Seal)

Pg 2

# CERTIFICATE OF SERVICE

*I* Henry W. Geter II  HEREBY CERTIFY on this __4th__ day of __AUGUST__, **2008**, that a copy of the foregoing **DOCUMENTS** was forwarded to the *Defendants and or Counsel for the Defendants*:

*VIA CERTIFIED MAILING* as held to the addresses shown...
*B*elow.

Henry W. Geter II
100 Mich. Ave. N.E. Suite A-11
Washington DC 20017

202/986-2264

**Service Listing:**

*City of Washington DC*     Certified Mail Receipt No. 7002 0460 0002 6317 0415
[ District of Columbia ]
c/o Peter Nickles
Attorney General
441 4th Street, N.W. Suite 1060N
Washington D.C. 20001

*DC Office of Human Rights*  Certified Mail Receipt No. 7002 0460 0002 6317 0422
Director  Gustavo F. Velasquez
441 4th Street, N.W. Suite 570N
Washington D.C. 20001