UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HENRY W. GETER, II,           :
                              :
       Plaintiff,             :
                              :
v.                            :        Civil Action No. 08-1119 (JR)
                              :
CITY OF WASHINGTON DC *et al.*, :
                              :
       Defendants.            :

ORDER

Plaintiff moves for a preliminary injunction. Defendants have yet to be served with process and to appear in the case, and the record contains no proof that defendants were served the pending motion to trigger their obligation to respond. To the extent that plaintiff may be seeking a temporary restraining order, he has not complied with Local Civil Rule 65.1 by certifying that he furnished, or attempted to furnish, defendants with "actual notice of the time of making the application, and copies of all pleadings and papers filed in the action to date." Accordingly, it is

**ORDERED** that plaintiff's motion for a preliminary injunction [Dkt. No. 3] is **DENIED**.

JAMES ROBERTSON
United States District Judge