UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HENRY W. GETER, II, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 08-1119 (JR) |
| | : | |
| CITY OF WASHINGTON DC *et al.*, | : | |
| | : | |
| Defendants. | : | |

MEMORANDUM

Plaintiff challenges the decision of the Director of the District of Columbia Office of Human Rights to dismiss his claim of housing discrimination based on his filing of a civil action in this Court.  The dismissal was consistent with District of Columbia law, which states: "No person who maintains, in a court of competent jurisdiction, any action based upon an act which would be an unlawful discriminatory practice under this chapter may file the same complaint with the Office [of Human Rights]."  D.C. Code § 2-1403.16.  Thus, to the extent that the Director is sued in his individual capacity, he is shielded by qualified immunity, and the Court lacks authority to review D.C. agency action absent a showing of a constitutional violation.  *See*

*Lightfoot v. District of Columbia*, 448 F.3d 392, 398 (D.C. Cir. 2006).  Accordingly, the complaint will be dismissed by separate Order.

JAMES ROBERTSON
United States District Judge